No. 01–10279. KOSTH v. UNITED STATES. C. A. 7th Cir.;

No. 01–10303. MOZLEY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir.;

No. 01–10595. HOPPER v. MACMAHON. Sup. Ct. Va.;

No. 01–11015. EVANS v. CITY OF KINGSVILLE, TEXAS. C. A. 5th Cir.;

No. 01–11029. GOBBI v. BANK OF NEW YORK ET AL. C. A. 4th Cir.;

No. 02–5218. STURDZA v. UNITED ARAB EMIRATES ET AL. C. A. D. C. Cir.;

No. 02–5228. NEWSOME v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 5th Cir.;

No. 02–5307. IN RE PATTERSON-BEGGS;

No. 02–5888. BUNCH v. WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir.;

No. 02–5960. SYME v. UNITED STATES. C. A. 3d Cir.;

No. 02–6122. RICHARDS v. UNITED STATES. C. A. 9th Cir.; and

No. 02–6207. IN RE PATTERSON-BEGGS. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 28, 2002, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 02–1. PHILLIPS, CHIEF JUSTICE, SUPREME COURT OF TEXAS, ET AL. v. WASHINGTON LEGAL FOUNDATION ET AL. C. A. 5th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 01–1847. IN RE RETTIG. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 01–10683. IN RE HAYES;

No. 01–10729. IN RE DUNNIGAN;

No. 01–10903. IN RE BINGHAM;

No. 01–10967. IN RE RIMMER-BEY;

No. 01–10973. IN RE CARTER;

No. 01–11002. IN RE HERROLD;

No. 02–222. IN RE RIVERA;

No. 02–5061. IN RE MULE;

No. 02–5096. IN RE WILLIAMS;

No. 02–5220. IN RE CARTER;

No. 02–5405. IN RE THOMAS;

No. 02–5412.  IN RE WOJNICZ;
No. 02–5419.  IN RE HUMPHREY;
No. 02–5473.  IN RE UPSHER;
No. 02–5518.  IN RE JOHNSON;
No. 02–5559.  IN RE NATHAN;
No. 02–5563.  IN RE LEWIS;
No. 02–5632.  IN RE POWELL;
No. 02–5749.  IN RE BOWELL;
No. 02–5750.  IN RE BUCHANAN;
No. 02–5829.  IN RE BALDWIN;
No. 02–5895.  IN RE FERNANDO LATORRE; and
No. 02–6043.  IN RE KHALIL.  Petitions for writs of habeas corpus denied.

No. 02–5392.  IN RE SEUFERT.  Petition for writ of habeas corpus denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5549.  IN RE PELLEGRINO.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 01–10417.  IN RE N'JAI;
No. 01–10561.  IN RE LEWIS;
No. 01–10671.  IN RE HUFFINE;
No. 01–10830.  IN RE SINGH;
No. 01–10876.  IN RE HARRIS;
No. 01–10884.  IN RE TAPIA;
No. 01–10966.  IN RE DEADMON;
No. 02–5097.  IN RE WILLIAMS;
No. 02–5619.  IN RE GREGORY;
No. 02–5688.  IN RE GRUBER;
No. 02–5844.  IN RE COLE; and
No. 02–6079.  IN RE JOHNSON.  Petitions for writs of mandamus denied.

No. 01–10367.  IN RE MASON;
No. 02–104.  IN RE PERRY;
No. 02–5222.  IN RE DOOSE; and
No. 02–6091.  IN RE WARREN.  Petitions for writs of mandamus and/or prohibition denied.

No. 02–5052.  IN RE GUNNELL.  Petition for writ of prohibition denied.